IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRANDI LEWIS,                      *
                                   *
        Plaintiff,                 *
                                   *
v.                                 *   Civil Action No.:
                                   *   2:24-CV-00110-LGW-BWC
STATE FARM FIRE AND                *
CASUALTY COMPANY,                  *
                                   *
        Defendant.                 *

**DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF CHAD T. WILSON**

COMES NOW State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), defendant in the above-styled action, and pursuant to Fed.R.Evid. 702 and the decision of the United States Supreme Court in Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993), and hereby moves to exclude any testimony by Chad T. Wilson, respectfully showing to the Court the following.

1.

Plaintiff has identified Chad T. Wilson as an expert "regarding the reasonableness and necessity of the attorneys' fees in this matter."

2.

According to Mr. Wilson' professional biography, he is licensed to practice law in the State of Texas.

3.

Chad T. Wilson is not licensed to practice law in the State

-1-

of Georgia.

4.

Because Chad T. Wilson is not licensed to practice law in the State of Georgia, he possesses no qualifications regarding "the reasonableness and necessity of the attorney's fees in this matter."

5.

Based upon the foregoing, State Farm respectfully requests this Court to exclude any expert testimony offered by Chad T. Wilson.

This 17th day of April, 2026.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

By: /s/ J. Holder Smith, Jr.

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
jaysmith@youngthagard.com

J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Defendant
State Farm Fire and Casualty
Company

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF CHAD T. WILSON** upon the following using the CM/ECF system which will send notification of such filing to the following:

Ms. Brandy Scott Mai
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, TX 77598
bmai@cwilsonlaw.com

This 17th day of April, 2026.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

By: /s/ J. Holder Smith, Jr.

P.O. Box 3007                J. Holder Smith, Jr.
Valdosta, GA 31604           State Bar No.: 661105
229-242-2520                 Attorney for Defendant
229-242-5040 fax             State Farm Fire and
jaysmith@youngthagard.com    Casualty Company

-3-