**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **BRANDI LEWIS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **2:24-CV-00110-LGW-BWC** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY,** | * | |
| | * | |
| **Defendant.** | * | |

### DEFENDANT'S MOTION TO EXTEND DEADLINES

COMES NOW, State Farm Fire and Casualty Company (hereinafter referred to "State Farm"), defendant in the above-styled action, and hereby presents its motion to extend deadlines of this case, respectfully showing to the Court the following:

1.

Discovery in this case is closed, and presently pending before the Court are State Farm's motion for partial summary judgment and State Farm's motion to exclude the testimony of Chad Wilson.

2.

Brandy Mai is plaintiff's present counsel. However, attorney Chad Wilson, who is not a member of the Georgia Bar, has reached out to State Farm's counsel to inform State Farm's counsel that Brandy Mai can no longer continue as counsel for plaintiff due to a serious medical condition.

3.

Because of Ms. Mai's medical condition, State Farm agrees that

the time deadline for plaintiff to respond to State Farm's motion for partial summary judgment and State Farm's motion to exclude the testimony of Chad Wilson should be extended until Friday, June 26, 2026, in order to allow plaintiff to retain new counsel.

4.

Based upon the foregoing, State Farm respectfully requests the Court to extend the deadlines for plaintiff to respond to the currently pending motions until Friday, June 26, 2026 so that plaintiff may obtain counsel who is a member of the Georgia Bar.

This <u>26th</u> day of <u>May</u>, 2026.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
<u>jaysmith@youngthagard.com</u>

By: <u>/s/ J. Holder Smith, Jr.</u>
J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Defendant
State Farm Fire and Casualty
Company

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT'S MOTION TO EXTEND DEADLINES** upon the following using the CM/ECF system which will send notification of such filing to the following:

Ms. Brandy Scott Mai
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, TX 77598
bmai@cwilsonlaw.com

This <u>26th</u> day of <u>May</u>, 2026.

|  |  |
|---|---|
|  | **YOUNG, THAGARD, HOFFMAN, LLP** |
| Address of Counsel: |  |
|  | By:  <u>/s/ J. Holder Smith, Jr.</u> |
| P.O. Box 3007 | J. Holder Smith, Jr. |
| Valdosta, GA 31604 | State Bar No.: 661105 |
| 229-242-2520 | Attorney for Defendant |
| 229-242-5040 fax | State Farm Fire and |
| jaysmith@youngthagard.com | Casualty Company |